

# Notice of Service of Process

**TV / ALL**
**Transmittal Number: 16665893**
**Date Processed: 05/22/2017**

| | |
|---|---|
| **Primary Contact:** | Pamela Beyer<br>The Travelers Companies, Inc.<br>385 Washington Street,  9275-LC12L<br>Saint Paul, MN 55102 |

| | |
|---|---|
| **Entity:** | Travelers Casualty Insurance Company of America<br>Entity ID Number  2317367 |
| **Entity Served:** | Travelers Casualty Insurance Company of America |
| **Title of Action:** | Blakely Management Company LLC vs. Travelers Casualty Insurance Company of America |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Florence County Court of Common Pleas, South Carolina |
| **Case/Reference No:** | 17-CP-21-1243 |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 05/19/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | SC - Department of Insurance on 05/18/2017 |
| **How Served:** | Certified Mail |
| Sender Information: | Kevin M Barth<br>843-662-6301 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

2711 Centerville Road  Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

# EXHIBIT A



# South Carolina
# Department of Insurance

**HENRY McMASTER**
Governor

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**RAYMOND G. FARMER**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105
Telephone: (803) 737-6160

May 18, 2017

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
c/o Corporation Service Company
1703 Laurel Street
Columbia, SC 29201

Dear Sir:

On May 18, 2017, I accepted service of the attached Summons and Amended Complaint on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. The claimant, within this service letter, provided the following additional information regarding this first party claim: POLICY/CLAIM NUMBER 680-2B036960-16-42. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to sdubois@doi.sc.gov.** When replying, please refer to File Number 166188, Blakely Management Company, LLC v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, 2017-CP-21-1243.

By:

*Davd E Belton*

David E. Belton
Senior Associate General Counsel
(803)737-6132

Sincerely Yours,

Raymond G. Farmer
Director
State of South Carolina
Department of Insurance

Attachment

CC:    Kevin M. Barth
       Post Office Box 107
       Florence, SC    29503

FILED

STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS
) TWELFTH JUDICIAL CIRCUIT
COUNTY OF FLORENCE **2017 MAY 16 AM 9:28** CASE NO. 17-CP-21-1243

**DORIS POULOS O'HARA**
**CCCP & GS**
**FLORENCE COUNTY, SC**

Blakely Management )
Company, LLC )
Plaintiff, )
)
)
vs. )                    **SUMMONS**
)
Travelers Casualty Insurance )
Company of America, )
)
Defendant. )
_____ )

**TO DEFENDANT ABOVE-NAMED:**

    **YOU ARE HEREBY SUMMONED** and required to answer the Amended Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Amended Complaint on the subscriber at 205 N. Irby Street, Florence, South Carolina, within thirty (30) days from the service hereof, exclusive of the date of such service; and if you fail to answer the Amended Complaint within the time aforesaid, judgement by default will be rendered against you for the relief demanded in the Amended Complaint.

                    **BARTH, BALLENGER & LEWIS, LLP**

                    By: _____
                        KEVIN M. BARTH
                        POST OFFICE BOX 107
                        FLORENCE, SOUTH CAROLINA 29503
                        (843) 662-6301
                        kbarth@hbbh.net

                    *Attorney for Plaintiff*

Florence, South Carolina

May 15, 2017

CERTIFIED: A TRUE COPY

*Doris Poulos O'Hara*

CLERK OF COURT C.P. & G.S.
FLORENCE COUNTY, S.C.

FILED

STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS
) TWELFTH JUDICIAL CIRCUIT
COUNTY OF FLORENCE    2017 MAY 16 )AM 9:28  CASE NO. 17-CP-21-1243

DORIS BOULOS O'HARA
CCCP & GS
FLORENCE COUNTY, SC

Blakely Management Co., )
)
Plaintiff, )
)
vs. )          **AMENDED COMPLAINT**
)
Travelers Casualty Insurance )
Company of America, )
)
Defendant. )
_____)

The Plaintiff, complaining of the Defendant herein, would respectfully allege and show unto this Honorable Court as follows:

1.     That the Plaintiff is corporation organized and existing under the laws of the State of South Carolina and at all times hereinafter mentioned was the owner of properties located at 182 West Evans Street, Florence, South Carolina and 190 West Evans Street, Florence, South Carolina.

2.     That, upon information and belief, the Defendant is a corporation organized and existing under the laws of one of the states of the United States other than the State of South Carolina, but who maintain agents, employees, and/or servants in the State of South Carolina and who derives substantial financial benefits there from.  The Plaintiff is informed and believes that the Defendant is subject to the jurisdiction of this Court.

3.     That the Defendant sold to the Plaintiff a property and casualty insurance policy (hereinafter "Policy") covering the aforementioned premises for a variety of perils, including storm related damage.  That said Policy bears policy number 680-

CERTIFIED: A TRUE COPY

CLERK OF COURT C.P. & G.S.
FLORENCE COUNTY, S.C.

2B036960-16-42. A copy of the policy is attached hereto and incorporated herein by reference as fully as if set forth herein verbatim.

4.    That the Plaintiff paid all of the required premiums to maintain this insurance policy in full force and effect, and in all manners have complied with the conditions of said policy.

5.    That in October 2016, while the Policy was in full force and effect, the aforementioned premises sustained roof damage as a result of Hurricane Matthew.

6.    That a demand for payment of benefits under the Policy was made by the Plaintiff shortly after his properties sustained the storm damage.

7.    That at all times relevant hereto, the Defendant acted by and through its employees, agents and/or servants, who all were acting within the course and scope of their employment.

## AS A FIRST CAUSE OF ACTION
### (Breach of Contract)

8.    That each and every allegation contained herein above is reiterated as fully as if set forth herein verbatim.

9.    That the Plaintiff entered into a binding property and casualty insurance contract with the Defendant and Defendant contracted to provide insurance coverage to the Plaintiff as to damage that may occur to his properties. The Plaintiff has satisfied all conditions precedent to the Policy. The Policy was in full force and effect at the time of this loss and has not been allowed to lapse for any reason.

10. By virtue of the above described hurricane, the Plaintiff incurred substantial losses that should have been

covered under the terms of said Policy, wherein he was entitled to receive benefits under the terms of said Policy as presented by the Defendant.

11.    That the Defendant, however, failed and refused to properly evaluate and pay said claims thereby constituting a breach of the terms of the insurance contract with the Plaintiff.

12.    That as a direct and proximate result of the breach of contract by the Defendant, the Plaintiff has suffered actual damages and demands a judgement against the Defendant in an amount sufficient to compensate it for those damages.

## AS A SECOND CAUSE OF ACTION
### (Insurance Bad Faith)

13.    That each and every allegation contained herein above is reiterated as fully as if set forth herein verbatim.

14.    That the Plaintiff is informed and believe that there existed a mutually binding contract for the Defendant to provide insurance coverage for the Plaintiff and its properties.

15.    That the Plaintiff complied with all requirements and conditions precedent of the Policy.

16.    By virtue of an insurance contract, a special relationship exists between the insurer and insured which imposes a duty on the parties to deal with each other fairly, honestly, in good faith and to not take any action that will injure the right of the other to receive the benefits of the agreement.

17.    That the Defendant has refused to provide the benefits due under the contract and has acted in bad faith in the handling of this claim.

18.  That the Plaintiffs are informed and believe that the Defendants' actions as stated above violate the provisions of S.C. Code § 38-59-20 and S.C. Code § 38-57-10, as the Defendants have failed to act in good faith in their handling and processing of the Plaintiff's claim.

19.  That as a direct and proximate result of the Defendant's wrongful conduct, the Plaintiff has suffered damage, financial hardship and other damages to be shown at trial.  That the Plaintiff is informed and believes that it is entitled to an award of actual damages in an amount sufficient to compensate it for those damages, as well as an award of attorney's fees and costs.

20.  That the Plaintiff is informed and believes the Defendant's bad faith conduct was willful, intentional, with malice toward the Plaintiff and with a reckless disregard for the rights of the Plaintiff; concomitantly, the Plaintiff seeks an award of punitive damages in an amount to be determined by the jury.

### FOR A THIRD CAUSE OF ACTION
**(Breach of Covenant of Good Faith
and Fair Dealing)**

21.  That each and every allegation contained herein above is reiterated as fully as if set forth herein verbatim.

22.  That the Defendant entered into a binding insurance contract with the Plaintiff to provide property and casualty insurance coverage for Plaintiff's properties.

23.  That pursuant to this contract, there was an implied covenant of good faith and fair dealing which imposed a duty upon the Defendant to act in good faith with the Plaintiff.

24.   That the Plaintiff is informed and believes that the Defendant breached the covenant of good faith and fair dealing by virtue of the conduct specified above.

25.   That as a result of the Defendant's breach of the covenant of good faith and fair dealing, the Plaintiff has been actually damaged.

26.   That the Plaintiff is informed and believes that it is entitled to an award of actual damages sufficient to compensate it for those damages, as well as an award of attorney's fees and costs.

27.   That the Plaintiff is informed and believes that the Defendant's bad faith conduct was willful, intentional, with malice toward the Plaintiff and with a reckless disregard for the rights of the Plaintiff; concomitantly, the Plaintiff seeks an award of punitive damages in an amount to be determined by the jury.

### FOR A FOURTH CAUSE OF ACTION
**(Breach of Contract Accompanied
By a Fraudulent Act)**

28.   That each and every allegation contained herein above is reiterated as fully as if set forth herein verbatim.

29.   By virtue of the insurance contract outlined above, the Defendant sent two separate agents, employees or servants to view the hurricane damage to the property.   Both of those agents, employees or servants indicated to the Plaintiff that the roof had sustained significant damage "and would be a total loss". Upon information and belief, this information was provided to the Defendant by the aforementioned agents, employees or servants.

30.  Subsequent to those inspections and findings, the Defendant, for reasons unknown to Plaintiff, wrongfully wrote to the Plaintiff indicating that no hurricane damage was sustained and that the Defendant was therefore "denying the claim".

31.  Plaintiff is informed and believes that this denial of Plaintiff's valid claim was done intentionally and maliciously and with the intent to defraud Plaintiff out of funds to which it is clearly entitled.  Plaintiff is further informed and believes that this wrongful denial was made even after Defendant's sales agent informed Defendant of the validity of the claim.

32.  Plaintiff is informed and believes that it is entitled to a judgment against the Defendant in an amount of actual damages sufficient to compensate it for its damages, for punitive damages in an appropriate sum and for an award of attorney's fees and costs.

**WHEREFORE**, the Plaintiff having set forth its Amended Complaint against the Defendant herein, would respectfully pray for an Order as follows:

1.  Granting the Plaintiff an award of actual damages in an appropriate sum on its First Cause of Action.

2.  Granting the Plaintiff an award of actual damages, including an award of attorney's fees and costs, and punitive damages in an appropriate sum on its Second Cause of Action.

3.  Granting the Plaintiff an award of actual damages, including an award of attorney's fees and costs, and punitive damages in an appropriate sum on its Third Cause of Action.

4.  Granting the Plaintiff an award of actual damages, including an award of attorney's fees and costs, and punitive damages in an appropriate sum on its Fourth Cause of Action.

5.    Granting such other and further relief as this Court may deem just and proper.

**BARTH, BALLENGER & LEWIS, LLP**

By: _____

KEVIN M. BARTH
POST OFFICE BOX 107
FLORENCE, SOUTH CAROLINA 29503
(843) 662-6301
kbarth@hbbh.net

*Attorney for Plaintiff*

Florence, South Carolina

May 15, 2017

**TRAVELERS J**

One Tower Square, Hartford, Connecticut  06183

## RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
BUILDING PAC
BUSINESS:OFFICE

**POLICY NO.:** 680-2B036960-16-42
**ISSUE DATE:** 01/19/2016

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**
   BLAKELY MANAGEMENT CO. LLC
   1613 MALDEN DR
   FLORENCE SC 29505

2. **POLICY PERIOD:**  From 02/28/2016 to 02/28/2017 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

   | PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
   |---|---|---|---|

   SEE IL T0 20 02 05

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

   | COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
   |---|---|
   | Businessowners Coverage Part | ACJ |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse - ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:**  Each of the following is a separate policy containing its complete provisions.

   | POLICY | POLICY NUMBER | INSURING COMPANY |
   |---|---|---|

   DIRECT BILL

7. **PREMIUM SUMMARY:**

   | | | |
   |---|---|---|
   | Provisional Premium | $ | 2,730.00 |
   | Due at Inception | $ | |
   | Due at Each | $ | |

   NAME AND ADDRESS OF AGENT OR BROKER

   CSP INSURANCE SERVICES          GF659
   PO BOX 2618

   FLORENCE                        SC 29503-2618

   COUNTERSIGNED BY:

   *Sharon Bumgarner*
   Authorized Representative

   DATE:  01/19/2016

IL T0 25 08 01   (Page 1 of  01)
Office: COLUMBIA SC        DOWN

002180

 **TRAVELERS J**                        One Tower Square, Hartford, Connecticut  06183

BUSINESSOWNERS COVERAGE PART DECLARATIONS

BUILDING PAC                          POLICY NO.:  680-2B036960-16-42
                                      ISSUE DATE:  01/19/2016

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

POLICY PERIOD:
From 02-28-16 to 02-28-17 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LIMITED LIAB CORP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | | LIMITS OF INSURANCE |
|---|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ | 2,000,000 |
| Products-completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to You | $ | 300,000 |
| Medical Payments Limit (any one person) | $ | 5,000 |

### BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $ 1,000 per occurrence.
                    Building Glass:                    $ 1,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:    Actual loss for 12 consecutive months

Period of Restoration-Time Period:      Immediately

ADDITIONAL COVERAGE:


Other additional coverages apply and may be changed by an endorsement.   Please
read the policy.


SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05  (Page 1 of 3)

002181

BUSINESSOWNERS PROPERTY COVERAGE

PREMISES LOCATION NO.: 001        BUILDING NO.: 001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING | $ | 216,744 | RC* | N/A | 4.0% |
| *Replacement Cost | | | | | |

PREMISES LOCATION NO.: 002        BUILDING NO.: 001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING | $ | 293,869 | RC* | N/A | 4.0% |
| *Replacement Cost | | | | | |

PREMISES LOCATION NO.: 003        BUILDING NO.: 001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING | $ | 527,365 | RC* | N/A | 4.0% |
| *Replacement Cost | | | | | |

Other coverage extensions apply and may be changed by an endorsement. Please read the policy.

POLICY NUMBER:   680-2B036960-16-42

EFFECTIVE DATE:   02/28/2016

ISSUE DATE:   01/19/2016


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS


|   | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| * | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| * | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
|   | IL T3 15 09 07 | COMMON POLICY CONDITIONS |
| * | IL T0 20 02 05 | ADDITIONAL LOCATIONS |

BUSINESSOWNERS

|   | MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
|   | MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| * | MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
|   | MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
|   | MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| * | MP T1 71 04 09 | BUILDING OWNERS ENDORSEMENT |
| * | MP T3 23 08 06 | FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES |
| * | MP T4 18 07 11 | SOUTH CAROLINA CHANGES-VALUATION |

COMMERCIAL GENERAL LIABILITY

|   | CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
|   | CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
|   | CG D2 37 11 03 | EXCLUSION - REAL ESTATE DEVELOPMENT ACTIVITIES - COMPLETED OPERATIONS |
|   | CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
|   | CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| * | CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
|   | CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
|   | CG D1 86 11 03 | XTEND ENDORSEMENT |
|   | CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
|   | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| * | MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
|   | CG D2 43 01 02 | FUNGI OR BACTERIA EXCLUSION |
|   | CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
|   | CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
|   | CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
|   | CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                        PAGE:   1   OF   2

002182

POLICY NUMBER:  680-2B036960-16-42

EFFECTIVE DATE:  02/28/2016

ISSUE DATE:  01/19/2016

COMMERCIAL GENERAL LIABILITY (CONTINUED)

|  | CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
|  | CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| * | CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
|  | CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
|  | CG D2 42 01 02 | EXCLUSION - WAR |
|  | CG T4 78 02 90 | EXCLUSION - ASBESTOS |

MULTIPLE SUBLINE ENDORSEMENTS

|  | CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| * | IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| * | IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
|  | IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
|  | IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
|  | IL 02 49 09 08 | SOUTH CAROLINA CHANGES - CANCELLATION AND NONRENEWAL |
|  | IL F0 92 02 11 | SC CHANGES-LEGAL ACTION AGAINST US |

POLICY HOLDER NOTICES

|  | PN T5 51 06 08 | IMP NOTICE POTENTIAL ELIG FOR WINDSTORM LOSS MITIGATION PREMIUM DISCOUNTS - SC |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.


**TRAVELERS** J

One Tower Square, Hartford, Connecticut 06183

ADDITIONAL LOCATIONS
BUILDING PAC

POLICY NO.: 680-2B036960-16-42
ISSUE DATE: 01/19/2016

### THIS SCHEDULE OF LOCATIONS AND BUILDINGS APPLIES
### TO THE COMMON DECLARATIONS FOR THE PERIOD

02/28/2016 to 02/28/2017

| PREMISES LOCATION NUMBER | BUILDING NUMBER | OCCUPANCY | ADDRESS |
|---|---|---|---|
| 001 | 001 | OFFICE | 182 W EVANS ST |
|  |  |  | FLORENCE   SC   29501 |
| 002 | 001 | OFFICE | 184 W EVANS ST |
|  |  |  | FLORENCE   SC   29501 |
| 003 | 001 | OFFICE | 190 W EVANS ST |
|  |  |  | FLORENCE   SC   29501 |



**IL T0 20 02 05**

Page 1 of 1

002183

# BUSINESSOWNERS

# BUSINESSOWNERS

002184

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

| MORTGAGEES: | | |
|---|---|---|
| | **POLICY NO.:** | 680-2B036960-16-42 |
| | **ISSUE DATE:** | 01/19/2016 |

| PREMISES LOCATION NUMBER | BUILDING NUMBER | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 003 | 001 | FIRST RELIANCE BANK ISAOA, ATIMA<br>2170 W PALMETTO ST<br>FLORENCE                SC 29501 |
| 002 | 001 | FIRST RELIANCE BANK ISAOA, ATIMA<br>2170 W PALMETTO ST<br>FLORENCE                SC 29501 |
| 001 | 001 | FIRST RELIANCE BANK ISAOA, ATIMA<br>2170 W PALMETTO ST<br>FLORENCE                SC 29501 |



002185

MP T0 01 02 05    (Page 3 of 3)

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury — in consultation with the Secretary of Homeland Security and the Attorney General of the United States — to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.



The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses under this Coverage Part is included in the Coverage Part premium. The charge for such Insured Losses that has been included for this Coverage Part is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

- 4% of your total Businessowners Coverage Part premium if your primary location is in a Designated City (as listed below).

- 2% of your total Businessowners Coverage Part premium if your primary location is not in a Designated City (as listed below).

BUSINESSOWNERS

| Designated Cities are: | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Diego, CA |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Antonio, TX |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
MP T3 25 01 15

POLICY NUMBER:  680-2B036960-16-42

BUSINESSOWNERS
ISSUE DATE: 01/19/2016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUILDING OWNERS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

## SCHEDULE

| Prem. Loc. No. | Bldg. No. | Prem. Loc. No. | Bldg. No. | Prem. Loc. No. | Bldg. No. | Prem. Loc. No. | Bldg. No. | Prem. Loc. No. | Bldg. No. |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 | 002 | 001 | 003 | 001 | | | | |

Schedule of Limits of Insurance under Paragraph **A.2.** of this endorsement:

$    100,000 in any one occurrence at each described premises

$    250,000 in any one occurrence regardless of the number of described premises involved



**A.** The BUSINESSOWNERS PROPERTY COVER-AGE SPECIAL FORM is changed as follows:

1. The limit applicable to the **Additional Coverage — Debris Removal**, as referenced in Paragraph **A.6.c.(4)**, is increased from $25,000 to $50,000.

2. Paragraph **A.6.k.(6)** is replaced by the following:

    (6) The most we will pay for loss under this Additional Coverage for the total of all coverages described in Paragraph **(1)** above in any one occurrence is the amount shown in the above Schedule, at each described premises. But, we will not pay more than the amount shown in the above Schedule, in any one occurrence regardless of the number of described premises involved.

3. The following **Additional Coverages** are added:

    **a. Lessor's Leasehold Interest**

    (1) We will pay for the cost of Covered Leasehold Interest you sustain due to the cancellation of lease contracts by your tenants. The cancellation must result from direct physical loss of or damage to your Covered Property at

the premises described in the Schedule above caused by or resulting from a Covered Cause of Loss during the term of the policy.

(2) Covered Leasehold Interest:

    (a) Means the difference between the:

        (i) Rent you were collecting at the described premises prior to the loss; and

        (ii) "Rental Value" of the described premises after loss or damage has been repaired or rebuilt; and

    (b) Does not mean refunds or rebates of:

        (i) Prepaid rent;

        (ii) Security or other deposits made by your tenants; or

        (iii) Insurance, taxes or other payments made on your behalf by tenants.

(3) The most we will pay under this Additional Coverage is the smallest of:

    (a) Your Covered Leasehold Interest for the 12 months immediately

**MP T1 71 04 09**          Copyright, The Travelers Indemnity Company, 2009                    Page 1 of 2

002187

BUSINESSOWNERS

following the "Period of Restoration" plus the 60 days of Extended Business Income but ending with the normal expiration date of each cancelled lease; or

**(b)** $25,000 for all Covered Leasehold Interest of all your tenants canceling their leases arising out of an occurrence at a described premises.

**b. Tenant Move Back Expenses**

**(1)** We will reimburse you for expenses you pay for Covered Move Back Costs of your tenants who temporarily vacate a portion of the building at the premises described in the Schedule above. The vacancy must have occurred while the portion of the building rented by your tenant could not be occupied due to direct physical loss of or damage to your Covered Property caused by or resulting from a Covered Cause of Loss during the term of the policy. The move back must take place within 60 days after the portion of the building rented by your tenant has been repaired or rebuilt and is ready for occupancy.

**(2)** Covered Move Back Costs means only documented, reasonable and necessary costs of:

**(a)** Packing, insuring and transporting business personal property;

**(b)** Re-establishing electric utility and communication services, less refunds from discontinued services;

**(c)** Assembling and setting up fixtures and equipment; or

**(d)** Unpacking and reshelving stock and supplies.

**(3)** If your tenants have valid and collectible insurance for Covered Move Back Costs, we will pay only for the amount of Covered Move Back Costs in excess of the amount payable from such other insurance.

**(4)** The most we will pay under this Additional Coverage is $25,000 for the sum of all such expenses arising out of an occurrence at a described premises.

**c. Utility Services – Direct Damage**

**(1)** We will pay for loss of or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(a)** "Water Supply Services";

**(b)** "Communication Supply Services"; or

**(c)** "Power Supply Services".

**(2)** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $10,000 at each described premises.

**(3)** Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**4.** The limit applicable to the **Coverage Extension – Ordinance or Law – Increased "Period of Restoration"** is increased by $50,000.

Copyright, The Travelers Indemnity Company, 2009

MP T1 71 04 09

POLICY NUMBER:  680-2B036960-16-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, WET ROT, DRY ROT AND OTHER CAUSES OF LOSS CHANGES

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS PROPERTY COVERAGE PART

**A. SCHEDULE**

    **Limited "Fungus", Wet Rot or Dry Rot Coverage:**

    **Direct Damage Limit of Insurance**

    $15,000    **OR**  ☐ $25,000  ☐ $50,000  ☐ $100,000  ☐ $250,000

**B.** The EXCLUSIONS contained in Section **B.1.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

    **1.** The following exclusion is added to **B.1.**:

        **"Fungus", Wet Rot or Dry Rot**

        **a.** We will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot.

        But if "fungus", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

        This exclusion does not apply:

        **(1)** When "fungus", wet rot or dry rot results from fire or lightning; or

        **(2)** To the extent that coverage is provided in the Additional Coverage — Limited "Fungus", Wet Rot or Dry Rot in Section **C.1.** below of this endorsement with respect to loss or damage by a cause of loss other than fire or lightning.

    **2.** The exclusions contained in **B.2.** are amended as follows:

        **a.** Under exclusion **B.2.d.(2)**, reference to fungus, wet rot or dry rot, mold is deleted.

        **b.** Exclusion **B.2.f.** is deleted and replaced by the following:

        We will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more.

**C.** The Additional Coverages contained in Section **A.6.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

    **1.** The following Additional Coverage is added:

        **Additional Coverage — Limited "Fungus", Wet Rot or Dry Rot**

        **a.** The coverage described in **b.** and **c.** below only applies when the "fungus", wet rot or dry rot is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after that occurrence.

        **b.** Limited "Fungus", Wet Rot or Dry Rot — Direct Damage

        **(1)** We will pay for direct physical loss or damage to Covered Property caused by "fungus", wet rot or dry rot, including:

            **(a)** The cost of removal of the "fungus", wet rot or dry rot;

            **(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot or dry rot; and

            **(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that

MP T3 23 08 06

002188

"fungus", wet rot or dry rot are present.

**(2)** The coverage described in **b.(1)** above is limited to $15,000, or the limit of insurance shown in the Schedule of this endorsement for Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage under this coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet rot or dry rot, we will not pay more than a total of this annual limit even if the "fungus", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(3)** The coverage provided under this Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot or dry rot, and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

**(4)** If there is covered loss or damage to Covered Property that is not caused by "fungus", wet rot or dry rot, loss payment will not be limited by the terms of this Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage, except to the extent that "fungus", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited "Fungus", Wet Rot or Dry Rot Coverage – Direct Damage.

**c.** Limited "Fungus", Wet Rot or Dry Rot Coverage – Business Income and Extra Expense

The following Limited "Fungus", Wet Rot or Dry Rot Coverage provisions for Business Income and Extra Expense apply only if Business Income and/or Extra Ex-

pense coverage applies to the described premises and only if the suspension of "operations" satisfies all of the terms of the applicable Business Income and/or Extra Expense coverage:

**(1)** If the loss which results in the "fungus", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension of "operations" is necessary due to loss or damage to property at the described premises caused by "fungus", wet rot or dry rot, then our payment for Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(2)** If a covered suspension of "operations" is caused by loss or damage at the described premises by other than "fungus", wet rot or dry rot, but remediation of "fungus", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

The coverage provided under this Limited "Fungus", Wet Rot or Dry Rot Coverage – Business Income and Extra Expense is included in, and not in addition to any limit or description of coverage for Business Income shown on the Businessowners Coverage Part Declarations or under the Extra Expense Additional Coverage.

**d.** The terms of this Limited Coverage do not increase or reduce the coverage under the Water Damage, Other Liquids, Powder or Molten Damage Additional Coverage Extension or the coverage provided for collapse of buildings or structures under the Collapse of Buildings exclusion.

**D.** The DEFINITIONS contained in Section **G.** are amended as follows:

**1.** The definition of "Specified Causes of Loss" is deleted and replaced by the following:

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil

commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse as defined below; volcanic action; falling objects as limited below; weight of snow, ice or sleet; and water damage as defined below; all only as otherwise insured against in this Coverage Form.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake Sprinkler Leakage endorsement or Causes of Loss – Broad Form Flood endorsement is included in this policy, "specified causes of loss" also includes such cause of loss, but only to the extent such cause of loss is insured against under this Coverage Form.

**2.** The following definition is added:

**"Fungus"** means any type or form of fungus, including but not limited to mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**E.** Ordinance or Law Coverage Change

Under:

**1.** The ordinance or law coverage in Section **A.6.i.** Increased Cost of Construction of the Businessowners Property Coverage Form;

**2.** Ordinance or Law Coverage endorsement MP T1 35; and

**3.** Any other Ordinance or Law coverage or Ordinance or Law – Increased "Period of Restoration" coverage provided under this Coverage Part;

the following exclusion is added:

This coverage does not apply to:

**a.** Loss caused by or resulting from the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

**b.** Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet rot or dry rot.

POLICY NUMBER: 680-2B036960-16-42

BUSINESSOWNERS
ISSUE DATE: 01/19/2016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES – VALUATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

A.  **SCHEDULE***

| Prem. No. | Bldg. No. | Agreed Value of Building | | Total Amount of Insurance to be Carried | |
|---|---|---|---|---|---|
| 001 | 001 | $ | 216,744 | $ | 216,744 |
| 002 | 001 | $ | 293,869 | $ | 293,869 |
| 003 | 001 | $ | 527,365 | $ | 527,365 |

B.  The following is added to paragraph **E.4. Loss Payment – Building and Personal Property Loss Conditions:**

For loss or damage to the buildings caused by or resulting from fire or lightening, you and we agree that;

(1)  The value of buildings described in this policy; and

(2)  The total amount of insurance to be carried on the buildings, including this policy

are the amount shown in the Schedule.

MP T4 18 07 11          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 1

# GENERAL LIABILITY

002190

# GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**A. AMENDMENT OF DEFINITION OF PERSONAL AND ADVERTISING INJURY**

The following replaces the definition of "personal and advertising injury" in the **DEFINITIONS** Section:

"Personal and advertising injury" means "personal injury" or "advertising injury".

**B. AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES BECAUSE OF PERSONAL INJURY ASSUMED BY NAMED INSURED IN AN INSURED CONTRACT**

1. The following is added to Exclusion **e.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   This exclusion also does not apply to liability for damages because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

   (1) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

   (2) Such attorney fees and litigation expenses are for defense of that party against a civ-il or alternative dispute reso-lution pro-ceeding in which damages to which this insurance applies are alleged.

2. The following replaces the third sentence of

Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B:**

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverage **B** – Personal and Advertising Injury Liability, such payments will not be deemed to be damages because of "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

3. The following replaces the first paragraph of Paragraph **f.** of the definition of "insured contract" in the **DEFINITIONS** Section:

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**C. ADDITION OF ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSION**

The following exclusion is added to Paragraph **2.**, Exclusions, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal injury" or "advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**D. AMENDMENT OF OTHER EXCLUSIONS**

1. The following replaces Exclusion **b.**, **Material**

---

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

002191

**Published With Knowledge Of Falsity**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

   **b.**  **Material Published With Knowledge Of Falsity**

      "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**2.**  The following replaces Exclusion **c.**, **Material Published Prior To Policy Period**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

   **c.**  **Material Published Or Used Prior To Policy Period**

     **(1)**  "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

     **(2)**  "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**3.**  The following replaces Exclusion **f.**, **Breach Of Contract**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

   **f.**  **Breach Of Contract**

      "Advertising injury" arising out of a breach of contract.

**4.**  The following replaces Exclusion **g.**, **Quality Or Performance Of Goods – Failure To Conform To Statements**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

   **g.**  **Quality Or Performance Of Goods – Failure To Conform To Statements**

      "Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**5.**  The following replaces Exclusion **h.**, **Wrong Description Of Prices**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

   **h.**  **Wrong Description Of Prices**

      "Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**6.**  The following replaces Exclusion **i.**, **Infringement Of Copyright, Patent, Trademark, Or Trade Secret**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

   **i.**  **Intellectual Property**

      "Personal injury" or "advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

     **(1)**  Copyright;

     **(2)**  Patent;

     **(3)**  Trade dress;

     **(4)**  Trade name;

     **(5)**  Trademark;

     **(6)**  Trade secret; or

     **(7)**  Other intellectual property rights or laws.

      This exclusion does not apply to:

     **(1)**  "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

     **(2)**  Any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**7.**  The following replaces Exclusion **j.**, **Insureds In Media And Internet Type Businesses**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

   **j.**  **Insureds In Media And Internet Type Businesses**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG D4 71 01 15

"Personal injury" or "advertising injury" arising out of an offense committed by an insured whose business is:

(1) Advertising, "broadcasting" or publishing;

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

This exclusion does not apply to Paragraphs **a.(1)**, **(2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

(1) Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

(2) The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**8.** The following replaces Paragraph **(2)** of Exclusion **n.**, **Pollution-Related**, in Paragraph **2.** of SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:

(2) Claim or suit by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**E. AMENDMENT OF WHO IS AN INSURED**

The following replaces the introductory phrase of Paragraph **2.a.(1)** of SECTION II – WHO IS AN INSURED:

(1) "Bodily injury" or "personal injury":

**F. AMENDMENT OF LIMITS OF INSURANCE**

The following replaces Paragraph **4.** of SECTION III – LIMITS OF INSURANCE:

Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

**G. ADDITIONAL DEFINITIONS**

The following is added to the **DEFINITIONS** Section:

"Advertising injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

(1) Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

(2) Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

(a) Appropriates a person's name, voice, photograph or likeness; or

(b) Unreasonably places a person in a false light; or

(3) Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

"Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

(1) Radio or television programming being transmitted;

(2) Other entertainment, educational, instructional, music or news programming being transmitted; or

(3) Advertising transmitted with any of such programming.

"Personal injury":

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

002192

COMMERCIAL GENERAL LIABILITY

a. Means injury, other than "advertising injury", caused by one or more of the following offenses:

(1) False arrest, detention or imprisonment;

(2) Malicious prosecution;

(3) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

(4) Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

or

(5) Oral or written publication, including publication by electronic means, of material that:

(a) Appropriates a person's name, voice, photograph or likeness; or

(b) Unreasonably places a person in a false light.

b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph a. above.

"Slogan":

a. Means a phrase that others use for the purpose of attracting attention in their advertising.

b. Does not include a phrase used as, or in, the name of:

(1) Any person or organization, other than you; or

(2) Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG D4 71 01 15

POLICY NUMBER: 680-2B036960-16-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 01/19/2016

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### SCHEDULE

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
|---|---|
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

### PROVISIONS

**A. COVERAGE**

If a premium charge is shown in the SCHEDULE above, the insurance provided under **Section I – Coverage A – Bodily Injury And Property Damage Liability** applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto". Maintenance or use of a "nonowned auto" includes test driving in connection with an "auto business".

**B. EXCLUSIONS**

With respect to the insurance provided by this endorsement:

1. The exclusions, under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, other than exclusions **a., b., d., e., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

    a. "Bodily injury" to:

    (1) Any fellow "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business.

    b. "Property damage" to:

    (1) Property owned or being transported by, or rented or loaned to the insured; or

    (2) Property in the care, custody or control of the insured.

**C. WHO IS AN INSURED**

**Section II – Who Is An Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You;

2. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

    a. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

    b. Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

    c. Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

    d. Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

    e. Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

**MP T1 25 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

002193

COMMERCIAL GENERAL LIABILITY

f. Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

g. Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "hired auto" or a "nonowned auto"; or

3. Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under 1. or 2. above.

D. AMENDED DEFINITIONS

The Definition of "insured contract" of **Section V – Definitions** is amended by the addition of the following exceptions to paragraph **f.**:

Paragraph **f.** does not include that part of any contract or agreement:

(4) That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

(5) That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

E. ADDITIONAL DEFINITIONS

**Section V – Definitions** is amended by the addition of the following definitions:

1. "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include:

a. Any "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

b. Any "auto" you lease, hire, rent or borrow from any of your "employees", partners, stockholders, or members of their households.

3. "Nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business at the time of an "occurrence". This includes "autos" owned by your "employees" or partners or members of their households but only while being used in the course and scope of your business at the time of an "occurrence".

If you are a sole proprietor, "nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business or personal affairs at the time of an "occurrence".

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MP T1 25 11 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2.**, **Exclusions**, of SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

**Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.



CG D7 46 01 15

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

002194



# INTERLINE
# ENDORSEMENTS

002195

# INTERLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.



IL T4 12 03 15          © 2014 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

002196

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> DELUXE PROPERTY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY* WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COV-
>     ERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EQUIPMENT BREAKDOWN COVERAGE PART
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
>     INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF
>     TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism
>     Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> DELUXE PROPERTY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY* WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COV-
> ERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EQUIPMENT BREAKDOWN COVERAGE PART
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
> INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF
> TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism
> Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certi-fied act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in an-other endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in ac-cordance with procedures established by the Secre-tary of the Treasury.

"Certified act of terrorism" means an act that is certi-fied by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

**TRAVELERS**

# IMPORTANT INFORMATION FOR MASTER PAC
# POLICYHOLDERS

Dear Policyholder:

Enclosed is your Travelers Master Pac Renewal Certificate. An asterisk on the Listing of Forms, Endorsements and Schedule Numbers, IL T8 01, indicates forms that are included with this year's renewal. Any forms previously attached to your policy that are not shown on that listing no longer apply.

Please put the Certificate and the attached forms with your policy as soon as possible. If you have misplaced your policy, please contact your agent for a copy.

002197

**TRAVELERS**

CSP INSURANCE SERVICES
(843) 662-2557

**Your insurance policy is just the beginning.**
**Experience the benefits of being a Travelers customer.**

For more than 160 years, we've had the privilege to insure some of America's most successful and enduring businesses. We count your business among them, and we'd like to help ensure your success for years to come by sharing our experience and expertise.

We realize that risk is a reality for every business; *the key is how you manage it.* That's why we've made it our mission to provide insurance solutions that help manage risk and protect your business. At Travelers, our experience confirms that proactive preparation is a business advantage.

Please join us and make the most of the many benefits that come with being a Travelers customer. For example:

### Exclusive Access
As our customer, you have exclusive access to resources to help you prepare for – *and possibly prevent* – an unexpected disaster. These resources can help you learn how to build a business continuity plan, a <u>must</u> for every business, manage a supply chain and identify cyber risks. You've worked hard to build your business, don't let an unexpected incident jeopardize it.

### Service that Simplifies
We know you're busy, that's why Travelers.com is the one stop to make managing your insurance easier. Travelers e-Pay gives you flexibility to review your notices and bills online, enroll in automatic recurring payments, make and schedule payments, manage your account profile and enroll multiple users to access your accounts.

### 24/7 Claim Availability
Running a business isn't a 9 – 5 job. That's why we're available around the clock if you ever need to file a claim.

At Travelers, we believe small business is the heartbeat of our communities, and for that, we applaud you and all the entrepreneurs across America who dare to dream.

Thank you again for choosing Travelers. On behalf of the entire team, we hope your purchase continues to bring peace of mind and confidence. Please visit **www.travelers.com/small** to take advantage of all the benefits doing business with Travelers has to offer.

All the best,

Your dedicated team at Travelers

002178

Summons and complaint on
within entitled cause received at
this office and service accepted
In accordance with law
this ___18___ day of _Mag 2017_

_Raymond S. Farmer_

Director of Insurance
and Attorney to Accept Service
Columbia, SC