IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Blakely Management Company, LLC LLC | ) | C/A NO. 4:17-cv-01584-BHH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| Travelers Casualty Insurance Company of America, | ) ) ) ) | |
| Defendant. | ) ) | |

WHEREAS, the parties below in the above-referenced action have reached a satisfactory resolution of the issues contained therein and wish to end the same pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and

WHEREAS, all parties hereto agree to bear their own costs and expenses associated with this action, NOW THEREFORE,

KNOW ALL MEN BY THESE PRESENTS, that the parties hereto, by and through their undersigned counsel agree to dismiss the Complaint in this action with prejudice.

BARTH, BALLENGER & LEWIS, LLP                WOMBLE BOND DICKINSON (US), LLP

s/ Kevin M. Barth                                              s/ Kathryn S. Mansfield
KEVIN M. BARTH                                             KATHRYN S. MANSFIELD
FED. ID NO. 1584                                              FED. ID NO. 12231
POST OFFICE BOX 107                                     POST OFFICE BOX 999
FLORENCE, SOUTH CAROLINA 29503        CHARLESTON, SOUTH CAROLINA 29402
(843) 662-6301                                                    (843) 722-3400
kbarth@bbllawsc.com                                       Kathryn.mansfield@wbd-us.com

*Attorney for Plaintiff*                                         *Attorney for Defendant*